Steven A. Berliner, Esq. (No. 151996)
BERLINER LAW FIRM
2300 S. Sepulveda Blvd.
Los Angeles, CA 90064-1911
Tel.: (310) 478-3940; Fax: (310) 478-3950
Email: sberliner@berlinerlawfirm.com

William M. Poindexter, Esq. (No. 23473)
POINDEXTER & DOUTRÉ, INC.
624 S. Grand Ave., Suite 2420
Los Angeles, CA 90017-3325
Tel.: (213) 628-8297; Fax: (213) 488-9890

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Greg Braun, Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>MARCHA WEINBERG, individually, and as Trustee of Marcha's Trust U/T/D Dated December 7, 1992, and as Trustee of the Bob and Marcha Weinberg Decedent's Trust U/T/D Dated February 14, 1991; et al.,<br><br>        Defendants. | Case No. CV-F 04-5701 REC LJO<br><br>**STIPULATION RE CHANGE OF PRETRIAL CONFERENCE DATE AND CHANGE OF JOINT PRETRIAL CONFERENCE STATEMENT FILING DATE; PROPOSED ORDER THEREON** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, if the Court so permits, in order to accommodate a request from defense counsel, the pretrial conference presently set for February 1, 2006 at 8:15 a.m. in Department 6 (LJO) of this Court, be scheduled for February 8, 2006;

    IT IS FURTHER STIPULATED that, if the Court so permits, the due date for filing a

BERLINER LAW FIRM
2300 S. SEPULVEDA BLVD.
LOS ANGELES, CA 9006
310-478-3940
Fax: 310-478-3950

1
STIPULATION RE CHANGE OF PRETRIAL CONF. DATE AND JT. PRETRIAL CONF. STMT.; PROPOSED ORDER THEREON

joint pretrial conference statement, presently coming due on or before January 24, 2006, shall come due on or before January 19, 2006.

Dated: _____        **BERLINER LAW FIRM**

By:  _____/s/_____
Steven A. Berliner, Esq.
Attorneys for Defendants Marcha Weinberg, Robert Weinberg, Rhona Weinberg Gewelber, and Roxann Weinberg Parran, individually and as Trustees

Dated: _____        **DRUMMOND & ASSOCIATES**

By:  _____/s/_____
Donald F. Drummond, Esq.
Attorneys for Plaintiff Greg Braun, Plan Agent (formerly Trustee)

### ORDER

Upon consideration of the Stipulation of the parties, and upon consideration of the Declaration of Counsel filed in support, and good cause appearing therefore,

IT IS ORDERED:

1.  The pretrial conference in this matter, previously set for February 1, 2006 at 8:15 a.m. in Department 6 (LJO) of this Court, is continued to February 8, 2006 at 8:15 a.m. in Department 6 (LJO) of this Court.

2.  The joint pretrial conference statement to be filed in this matter, previously due to be filed on or before January 24, 2006 under Local Rule 16-281, is now due to be filed on or before January 19, 2006.

BERLINER LAW FIRM
2300 S. SEPULVEDA BLVD.
LOS ANGELES, CA 9006
310-478-3940
Fax: 310-478-3950

2
STIPULATION RE CHANGE OF PRETRIAL CONF. DATE AND JT. PRETRIAL CONF. STMT.; PROPOSED ORDER THEREON

1  IT IS SO ORDERED.

2  **Dated:   August 29, 2005**                              /s/ Lawrence J. O'Neill
   b9ed48                                                              UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERLINER LAW FIRM
2300 S. SEPULVEDA BLVD.
LOS ANGELES, CA 9006
310-478-3940
Fax: 310-478-3950

3
STIPULATION RE CHANGE OF PRETRIAL CONF. DATE AND JT. PRETRIAL CONF. STMT.; PROPOSED ORDER THEREON