Donald F. Drummond (No. 052986)
Christina R. Pfirrman (No. 111964)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Plaintiff,
Greg Braun, Plan Agent

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| Greg Braun, Trustee, | Case No. CV F 04-5701 REC LJO |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| MARCHA WEINBERG, individually, as Trustee of Marcha's Trust U/T/D Dated 12/7/92, and as Trustee of the Bob and Marcha Weinberg Decedent's Trust U/T/D/ Dated 2/14/91, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

Dated: December 31, 2005              DRUMMOND & ASSOCIATES


                                      By _____/s/ Donald F. Drummond_____
                                            Donald F. Drummond
                                      Attorneys for Plaintiff Greg Braun, Plan Agent

DRUMMOND & ASSOCIATES
1 California Street, Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819

1

STIPULATION OF DISMISSAL [CASE NO. CV 04-5701]

| | |
|---|---|
| 1  Dated:  December 20, 2005 | BERLINER LAW FIRM |

By     /s/ Steven A. Berliner
        Steven A. Berliner
Attorney for Defendants Marcha Weinberg, Robert Weinberg and Rhona Gewelber, both individually and in their capacities as Trustees

      IT IS SO ORDERED.

Dated:  __3/2/06_____

      _____/s/ ROBERT E. COYLE_____
      Judge of the District Court

G:\docs\LLucas\PROPOSED ORDERS\04cv5701.wpd

DRUMMOND & ASSOCIATES
1 California Street, Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819